✓ # 115    # 129429

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2011 APR 15 PM 2:40
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: | ) | Case Number: 09-38765 |
| Rory A. Helton and<br>Jeanine M. Stumm, | ) | Chapter 7 |
| | ) | JUDGE MARY ANN WHIPPLE |
| Debtors. | | |

### REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that attached is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

Check number 115 in the amount of $8.37 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

April 13, 2011

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129

## DIVIDENDS REMITTED TO THE COURT
Check Number 115 Dated 04/13/11
Case Number 09-38765 - HELTON, RORY A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **PROMEDICA PHYSICIANS**<br>**P.O. BOX 2804**<br>**TOLEDO, OH 43606-0804**<br>   1059959/****5596<br>   FINAL DISTRIBUTION | **000005** | 69.02 | 4.78 |
| **MEDICAL EMERGENCY TREATMENT CORP.**<br>**P.O. BOX 634506**<br>**CINCINNATI, OH 45263-4506**<br>   FINAL DISTRIBUTION - 1012670 | **000010** | 51.87 | 3.59 |
| ---------- Remittance Total --------------- | | 120.89 | 8.37 |

/s/ Louis J. Yoppolo
LOUIS J. YOPPOLO, Trustee